B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>**Northern District of Illinois, Western Division** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Bourassa, James D. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Bourassa, Marie A. |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-0612 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-4565 |
| Street Address of Debtor (No. and Street, City, and State):<br>254 Gregory M. Sears Dr.<br>Gilberts, IL<br>ZIP Code 60136 | Street Address of Joint Debtor (No. and Street, City, and State):<br>254 Gregory M. Sears Dr.<br>Gilberts, IL<br>ZIP Code 60136 |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business:<br>Kane |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☐ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.

■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ■ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ■ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**B1 (Official Form 1)(1/08)** — Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Bourassa, James D. |
| | Bourassa, Marie A. |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: - None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | **X** /s/ Richard Jones                    March 31, 2009 |
| | Signature of Attorney for Debtor(s)          (Date) |
| | Richard Jones |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)  Page 3

| | |
|---|---|
| **Voluntary Petition** | Name of Debtor(s):<br>Bourassa, James D.<br>Bourassa, Marie A. |
| *(This page must be completed and filed in every case)* | |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ James D. Bourassa
Signature of Debtor  James D. Bourassa

X  /s/ Marie A. Bourassa
Signature of Joint Debtor Marie A. Bourassa

Telephone Number (If not represented by attorney)

March 31, 2009
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X  /s/ Richard Jones
Signature of Attorney for Debtor(s)

Richard Jones
Printed Name of Attorney for Debtor(s)

Jones & Hart
Firm Name
138 Cass St., Box 1693
Woodstock, IL 60098

_____
Address

Email: richardtjones@ameritech.net
(815) 334-8220  Fax: (815) 334-8229
Telephone Number

March 31, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re    James D. Bourassa
      Marie A. Bourassa                          Case No. _____
                            Debtor(s)           Chapter   7 _____

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ James D. Bourassa
                         James D. Bourassa
Date:    March 31, 2009

B 1D(Official Form 1, Exhibit D) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re   James D. Bourassa
        Marie A. Bourassa                                      Case No.
                                    Debtor(s)                  Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

□ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 15 days after your bankruptcy case is filed.*

□ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the five days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D(Official Form 1, Exhibit D) (12/08) - Cont.

     ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
     ☐ Active military duty in a military combat zone.

     ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:     /s/ Marie A. Bourassa
                             Marie A. Bourassa

Date:   March 31, 2009

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re    James D. Bourassa,
         Marie A. Bourassa

Case No. _____

Debtors ,

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 320,000.00 | | |
| B - Personal Property | Yes | 3 | 37,892.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 368,604.04 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 4,959.74 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 29 | | 10,345,817.65 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 1,526.30 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 5,142.00 |
| Total Number of Sheets of ALL Schedules | | 43 | | | |
| | | Total Assets | 357,892.00 | | |
| | | | Total Liabilities | 10,719,381.43 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
### Northern District of Illinois, Western Division

In re   James D. Bourassa,                       Case No. _____
       Marie A. Bourassa

_____ ,
                                       Debtors        Chapter _____7_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 4,959.74 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 4,959.74 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 1,526.30 |
| Average Expenses (from Schedule J, Line 18) | 5,142.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 1,169.28 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 15,604.04 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 4,959.74 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 10,345,817.65 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 10,361,421.69 |

B6A (Official Form 6A) (12/07)

In re    James D. Bourassa,                              Case No. _____

         Marie A. Bourassa
_____,
                          Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 254 Gregory M. Sears Dr., Gilberts, IL | 100% interest in trust | H | 320,000.00 | 329,648.49 |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Sub-Total > | 320,000.00 | (Total of this page) |
|  | Total > | 320,000.00 |  |

  0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re   James D. Bourassa,                                              Case No. _____
        Marie A. Bourassa

_____,
                              Debtors

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking account-Chase | H | 150.00 |
| | | Checking account-Bank of America | W | 125.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous household goods & furnishings-debtors' possession | J | 3,367.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books & pictures-debtors' possession | J | 650.00 |
| 6.  Wearing apparel. | | Necessary wearing apparel-debtors' possession | J | 300.00 |
| 7.  Furs and jewelry. | | Miscellaneous jewelry-debtors' possession | J | 100.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          4,692.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    James D. Bourassa,                                          Case No. _____
         Marie A. Bourassa

_____,
                          Debtors

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | Interest in Invest Foreclosure, LLC | H | 0.00 |
| | | Interest in Invest Foreclosure Ventures, LLC | H | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    James D. Bourassa,                                          Case No. _____
         Marie A. Bourassa
                                                   ,
                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2004 Toyota 4-Runner; subject to lien of Fifth Third Bank | W | 13,000.00 |
| | | 2002 Toyota Solara; subject to lien of Toyota Financial | H | 20,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Computer, printer, miscellaneous office furniture | J | 200.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 33,200.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 37,892.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6C (Official Form 6C) (12/07)

.

In re  James D. Bourassa,           Case No. _____
     Marie A. Bourassa
                     ,
           Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:    ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                   $136,875.
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| 254 Gregory M. Sears Dr., Gilberts, IL | 735 ILCS 5/12-901 | 15,000.00 | 320,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Checking account-Chase | 735 ILCS 5/12-1001(b) | 150.00 | 150.00 |
| Checking account-Bank of America | 735 ILCS 5/12-1001(b) | 125.00 | 125.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous household goods & furnishings-debtors' possession | 735 ILCS 5/12-1001(b) | 3,367.00 | 3,367.00 |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| Miscellaneous books & pictures-debtors' possession | 735 ILCS 5/12-1001(b) | 650.00 | 650.00 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel-debtors' possession | 735 ILCS 5/12-1001(a) | 300.00 | 300.00 |
| **Furs and Jewelry** | | | |
| Miscellaneous jewelry-debtors' possession | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Office Equipment, Furnishings and Supplies** | | | |
| Computer, printer, miscellaneous office furniture | 735 ILCS 5/12-1001(d) | 200.00 | 200.00 |
| | Total: | 19,892.00 | 324,892.00 |

 0  continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                   Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    James D. Bourassa,
    Marie A. Bourassa

Case No. _____

_____,
Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Auto loan | | | | | |
| Fifth Third Bank 38 Fountain Square Mail Drop 1C0M65 Cincinnati, OH 45263 | | J | 2004 Toyota 4-Runner; subject to lien of Fifth Third Bank | | | | | |
| | | | Value $               13,000.00 | | | | 14,291.55 | 1,291.55 |
| Account No. | | | Notice only | | | | | |
| Fifth Third Bank c/o Client Services 3451 Harry Truman Blvd. Saint Charles, MO 63301 | | J | 2004 Toyota 4-Runner | | | | | |
| | | | Value $                      0.00 | | | | 0.00 | 0.00 |
| Account No. | | | Second mortgage | | | | | |
| Ocwen Federal Bank Ctl FL Res. Pk., BK Dept. 12650 Ingenuity Drive Orlando, FL 32826 | | J | 254 Gregory M. Sears Dr., Gilberts, IL | | | | | |
| | | | Value $             320,000.00 | | | | 54,081.08 | 9,648.49 |
| Account No. | | | Auto loan | | | | | |
| Toyota Financial Services 5005 N. River Blvd. Cedar Rapids, IA 52411-6634 | | J | 2002 Toyota Solara; subject to lien of Toyota Financial | | | | | |
| | | | Value $               20,000.00 | | | | 24,664.00 | 4,664.00 |

  1   continuation sheets attached

Subtotal
(Total of this page)

93,036.63    15,604.04

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re  James D. Bourassa,                                              Case No. _____
       Marie A. Bourassa
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Washington Mutual<br>7301 Bay Meadows Way<br>Jacksonville, FL 32256 | | J | Mortgage<br><br>254 Gregory M. Sears Dr., Gilberts, IL<br><br>Value $           320,000.00 | | | | 275,567.41 | 0.00 |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br><br><br> | | | <br><br>Value $ | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | 275,567.41 | 0.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 368,604.04 | 15,604.04 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

.

In re  James D. Bourassa,                                    Case No. _____
       Marie A. Bourassa
                                                          ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____ continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   James D. Bourassa,                                                Case No. _____
        Marie A. Bourassa

                                                                  ,
                                        Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| IL Dept. of Revenue Bankruptcy Section Post Office Box 64338 Chicago, IL 60664-0338 | | J | | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | Tax levy | | | | | | |
| Internal Revenue Service 230 S. Dearborn Street STOP 5013 CHI Chicago, IL 60604 | | J | | | | | 4,959.74 | 0.00 | 4,959.74 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet   1   of   1   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 4,959.74 | 4,959.74 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 4,959.74 | 4,959.74 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    James D. Bourassa,                                       Case No. _____
        Marie A. Bourassa

                                           Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Alvara Terazz<br>3317 Sunday Street<br>Haltom City, TX 76117 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 15,000.00 |
| Account No.<br><br>Alvin Akagi<br>51311 N. View<br>Plymouth, MI 48170 | | | J | | Personal liability for InvestForForeclosure, LLC<br>   Subject to setoff. | | | | 829,796.47 |
| Account No.<br><br>Alvin Murashige<br>41 West 10th Street<br>Lovell, WY 82431 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 1,500,000.00 |
| Account No. 3727 600783 72009<br><br>American Express<br>Post Office Box 981537<br>El Paso, TX 79998 | | | J | | Credit card debt | | | | 35,489.69 |

__28__  continuation sheets attached

                                                Subtotal                  2,380,286.16
                                          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                 S/N:39729-090310   Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,    Case No. _____
       Marie A. Bourassa

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 3737 324772 64004<br><br>American Express<br>Post Office Box 981537<br>El Paso, TX 79998 | | | J | | Credit card debt | | | | 35,489.69 |
| Account No.<br><br>American Express<br>c/o Blitt & Gaines<br>661 Glen Ave.<br>Wheeling, IL 60090 | | | J | | Notice only | | | | 0.00 |
| Account No.<br><br>American Mass Media<br>207 E. Ohio Street, #218<br>Chicago, IL 60611 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 70,000.00 |
| Account No.<br><br>Anastazia Michajewicz<br>2823 Ninth Ave.<br>Rockford, IL 61109 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 13,600.00 |
| Account No.<br><br>Andrew and Nancy Weed<br>3600 Marks Road<br>Yakima, WA 98903 | | | J | | | | | | 232,000.00 |
| Sheet no. _1_ of _28_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal<br>(Total of this page) | | | | 351,089.69 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,
         Marie A. Bourassa                                      Case No. _____

_____,
                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| **Account No.** | | | | J | Personal liability for InvestForForeclosure, LLC | | | | |
| Andrew Kaufman 864 Sunrise Drive South Elgin, IL 60177 | | | | | | | | | 35,000.00 |
| **Account No.** | | | | J | Personal liability for InvestForForeclosure, LLC | | | | |
| Angiras Arya 3800 Woodhaven Road Philadelphia, PA 19154 | | | | | | | | | 4,000.00 |
| **Account No.** | | | | J | Personal liability for InvestForForeclosure, LLC | | | | |
| Ann Martin 5538 London Court Youngstown, OH 44515 | | | | | | | | | 29,000.00 |
| **Account No.** | | | | J | Services rendered | | | | |
| AT&T Attn: Bankruptcy Dept. Post Office Box 57907 Murray, UT 84157 | | | | | | | | | 2,504.54 |
| **Account No.** | | | | J | Services rendered | | | | |
| AT&T Attn: Bankruptcy Dept. Post Office Box 57907 Murray, UT 84157 | | | | | | | | | 368.74 |

Sheet no. __2__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

70,873.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,                                    Case No. _____
        Marie A. Bourassa

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Medical services | | | | |
| Bakal Dermatology c/o Certified Services 1733 Washingto Street, #201 Waukegan, IL 60085 | | J | | | | | 108.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Bauer Planning & Engineering Serv. 220 Commerce, #200 Irvine, CA 92602 | | J | | | | | 22,116.12 |
| Account No. 4227 65102935 6572 | | | Credit card debt | | | | |
| BP Card Services Post Office Box 15298 Wilmington, DE 19850-5298 | | J | | | | | 501.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Brad & Robert Schaufenbuel 5009 Cornell Rd. Downers Grove, IL 60515 | | J | | | | | 15,195.04 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Brad Bebout 1215 Polaris Parkway, #197 Columbus, OH 43240 | | J | | | | | 90,000.00 |

Sheet no. __3__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

127,920.16

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,                                         Case No. _____
       Marie A. Bourassa

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Bradley Schaufenbeul 5009 Cornell AVenue Downers Grove, IL 60515-4314 | | | J | | | | | | 16,190.80 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Calvin Reihl 636 Nebraska Ave. Niles, OH 44446 | | | J | | | | | | 116,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Carl Salas 10706 S. Ridge Circle Derby, KS 67037 | | | J | | | | | | 2,500.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Carol Fenwick 114 Wendel, Place Dekalb, IL 60115 | | | J | | | | | | 10,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Carolyn Richoz 773 Bluff City Blvd. Elgin, IL 60120 | | | J | | | | | | 3,048.06 |

Sheet no. __4__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           147,738.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,          Case No. _____
         Marie A. Bourassa

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Chris and Patricia Hand 1823 Fort Washington Ave. Ambler, PA 19002 | | | J | | | | | 114,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Christine & Michael Blume 120 E. Bonefish Circle Jupiter, FL 33477 | | | J | | | | | 25,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Clyde & Peggy Moar 104 Goldspur Way Brentwood, CA 94513 | | | J | | | | | 35,000.00 |
| Account No. | | | | Services rendered | | | | |
| ComEd 555 Waters Edge Lombard, IL 60148 | | | J | | | | | 302.45 |
| Account No. | | | | Notice only | | | | |
| ComEd c/o NCO Financial Post Office Box 15740 Wilmington, DE 19850 | | | J | | | | | 0.00 |

Sheet no. __5__ of __28__ sheets attached to Schedule of          Subtotal          174,302.45
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,                                          Case No. _____
         Marie A. Bourassa
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Curtis & Stacy O'Dell 506 Wills Point Ct. Allen, TX 75013 | | J | | | | | 28,198.43 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Dan & Josie Becker 809 Tangigoot Drive Aztec, NM 87410 | | J | | | | | 3,600.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Daniel O'Sullivan 4655 Landau Place Rockford, IL 61114 | | J | | | | | 3,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| David Hale 4012 Washington Street Rockford, IL 61104 | | J | | | | | 10,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Earl and Maryann Gurnack 6009 Cypress Point Sanford, NC 27332 | | J | | | | | 180,000.00 |

Sheet no. __6__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          224,798.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   James D. Bourassa,
        Marie A. Bourassa                                           Case No. _____

_____,
                         Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Earl Giesewide 195 Wall Street Cortland, OH 44410 | | J | | | | | | 58,194.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Eilene & Eugene Ehardt 710 Clover Lane Drive Sycamore, IL 60178 | | J | | | | | | 148,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Emillio & Jo Marsillo 4419 Fitzgerald Youngstown, OH 44515 | | J | | | | | | 8,316.65 |
| Account No. | | | | | | | | |
| Fifth Third Bank 38 Fountain Square Mail Drop 1C0M65 Cincinnati, OH 45263 | | J | | | | | | 190.63 |
| Account No. | | | | Notice only | | | | |
| Fifth Third Bank c/o Island National Group 6851 Jericho Turnpike, #180 Syosset, NY 11791 | | J | | | | | | 0.00 |

Sheet no. __7__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

214,701.28

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,                                        Case No. _____
         Marie A. Bourassa
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. First National Bank of Omaha Post Office Box 922968 Omaha, NE 68197 | | J | | | | | | 1,129.00 |
| Account No. Fong & Xinyu Zhu 2937 Polo Club Rd. Nashville, TN | | J | | Personal liability for InvestForForeclosure, LLC | | | | 578,566.44 |
| Account No. Frank Cupp 4580 Smith Stewart Rd. Vienna, OH 44473 | | J | | Personal liability for InvestForForeclosure, LLC | | | | 20,000.00 |
| Account No. Gary Hartwig 19 Ringwood Lane Hewitt, NJ 07421 | | J | | Personal liability for InvestForForeclosure, LLC | | | | 5,000.00 |
| Account No. Gerald Bollier 11457 Regency Lane Carmel, IN 46033 | | J | | Personal liability for InvestForForeclosure, LLC | | | | 160,000.00 |

Sheet no. __8__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          764,695.44

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   James D. Bourassa,          Case No. _____
        Marie A. Bourassa
                                                        ,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| Glenmuir Luxury Rental c/o Hunterwarfield, INc. 3111 W. MLK, Jr. Blvd., 2nd Fl,. Tampa, FL 33607 | | J | | | | | 0.00 |
| Account No. | | | | | | | |
| Globalcom c/o Euler Hermes, UMA 600 S. 7th Street, Louisville, KY 40201 | | J | | | | | 2,470.76 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Graciela Lopez Mota Ramirez 512 W. McClug Ct., #3902 Chicago, IL 60611 | | J | | | | | 113,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Helen & Richard Clark 1990 Killnamey Drive, SE Bellevue, WA 98004 | | J | | | | | 477,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Henry & Satoko Robb 490 31st Ave. San Francisco, CA 94122 | | J | | | | | 35,000.00 |

Sheet no. _9_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        627,470.76

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,                                        Case No. _____
         Marie A. Bourassa

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 1618498 | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Hunter Warfield, Inc. 3111 West MLK Jr Blvd 2nd Floor Tampa, FL 33607 | | | J | | | | | | 4,109.00 |
| Account No. | | | | | | | | | |
| IL Dept. of Employment Security Benefit Payment Control Div. Post Office box 6996 Chicago, IL 60680 | | | J | | | | | | 65.70 |
| Account No. | | | | | Notice only | | | | |
| IL Dept. of Employment Security c/o GC SErvices 6330 Gulfton Houston, TX 77081 | | | J | | | | | | 0.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| James & Lori Pastorino 14608 Redford Drive Sterling Heights, MI 48312 | | | J | | | | | | 100,000.00 |
| Account No. | | | | | | | | | |
| Jeffrey A. Schieve c/o Charles E. Cronauer & Assoc. 1101 DeKalb Ave., #2 Sycamore, IL 60178 | | | J | | | | | | Unknown |

Sheet no. __10__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     104,174.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,    Case No. _____
       Marie A. Bourassa

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Joe & Louise Rodriguez 1429 N. Springfield Rockford, IL 61101 | | J | | | | | | 2,500.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| John Reed, Jr. IV 3600 Marks Road Yakima, WA 98903 | | J | | | | | | 121,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| John Reed, Sr. III 19311 Northeast 190th Street Woodinville, WA 98072 | | J | | | | | | 50,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| John Scott 136 TerracePlace Dekalb, IL 60115 | | J | | | | | | 61,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Jonathan Patton 4021C Camellia Drive Valdosta, GA 31605 | | J | | | | | | 40,000.00 |

Sheet no. __11__ of __28__ sheets attached to Schedule of    Subtotal
Creditors Holding Unsecured Nonpriority Claims    (Total of this page)    274,500.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,
         Marie A. Bourassa                                                    Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Jorge and Graciela Mota Ramirez 512 W. McClurg Ct.,, #3902 Chicago, IL 60611 | | | J | | | | | | 49,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Joseph Fraga 34056 McMillian Way Fremont, CA 94555 | | | J | | | | | | 60,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Joseph Pearse 629 Vine Street Davenport, IA 52802 | | | J | | | | | | 3,197.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Joshua Ortego 7470 SE 12th Circle Ocala, FL 34480 | | | J | | | | | | 450,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Josphn Calvalozzi 1602 SW Cefalu Circle Port Saint Lucie, FL 34953 | | | J | | | | | | 60,000.00 |

Sheet no. __12__ of __28__ sheets attached to Schedule of                          Subtotal                    622,197.00
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,
       Marie A. Bourassa                                          Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>Judd & Darcy Martin<br>9507 Waterford Oaks Blvd.<br>Winter Haven, FL 33884 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 45,075.80 |
| Account No.<br><br>Kailash Gupta<br>9218 Sandy Lake Circle<br>Gaithersburg, MD 20879 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 162,000.00 |
| Account No.<br><br>Kathleen & Bruce Tajak<br>566 Wilshire Avenue<br>Chicago, IL 60637 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 60,000.00 |
| Account No.<br><br>Kathy Markus<br>75A Chatham Drive<br>Monroe Township, NJ 08831 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 340,000.00 |
| Account No.<br><br>Keith & Bonnie Reines<br>1118 S. Dilton Ave.<br>River Ridge, LA 70123 | | | J | | Personal liability for InvestForForeclosure, LLC | | | | 94,768.06 |

Sheet no. _13_ of _28_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

701,843.86

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,
         Marie A. Bourassa                                                            Case No. _____

                                                    ,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| LCC c/o Lora, Chanthadouangsy, et al 606 Dundee Ave Elgin, IL 60120 | | J | | | | | | | 1,500.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Lenore Testa 1714 Holand-Wilson Rd. Mc Cutchenville, OH 44844 | | J | | | | | | | 26,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Leobardo Terrazas 883 Dover Street Pingree Grove, IL 60140 | | J | | | | | | | 15,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Liam Angelini 452 Southwest 158 Trail, #204 Pembroke Pines, FL 33027 | | J | | | | | | | 35,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Lora & Marjoire Noffsinger 43903 Brandy Wine Street Canton, MI 48187 | | J | | | | | | | 50,000.00 |

Sheet no. __14__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        127,500.00

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,                                    Case No. _____
       Marie A. Bourassa

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 4373 64770 4220 | | | | Credit card debt | | | | |
| Macy's 111 Boulder Industrial Drive Bridgeton, MO 63044 | | J | | | | | | 361.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Maria Teresa Ramirez 7278 Beach Ave. Mcallen, TX 78501 | | J | | | | | | 32,700.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Maria Valetin 32W121 Bode Rd. Elgin, IL 60123 | | J | | | | | | 130,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Mark Lincoln 19156 Shadowood Circle Monument, CO 80132 | | J | | | | | | 170,000.00 |
| Account No. | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Mary Czaja 22122 Little Lagoon Court Lutz, FL 33549 | | J | | | | | | 2,500.00 |

Sheet no. __15__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                            335,561.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re James D. Bourassa,
        Marie A. Bourassa                                                                  Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Mary Snyder 4655 Landau Place Rockford, IL 61114 | | J | | | | | 16,190.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Matthew Knowlton 6A Clover Ct. Raymond, MA 01952 | | J | | | | | 17,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Melvin Utterbach 607 Catalina Ct. The Villages, FL | | J | | | | | 10,000.00 |
| Account No. | | | Credit card debt | | | | |
| Menards Retail Services P.O. Box 17602 Baltimore, MD 21297-1602 | | J | | | | | 25,179.19 |
| Account No. | | | Notice only | | | | |
| Menards Retail Services c/o Capital Mgmt Serv. 726 Exchange Str., #700 Buffalo, NY 14210 | | J | | | | | 0.00 |

Sheet no. __16__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                68,369.19

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,                                    Case No. _____
       Marie A. Bourassa

_____,
                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4120 6110 4013 1188<br><br>Merrick Bank<br>P.O. Box 9201<br>Old Bethpage, NY 11804 | | J | Credit card debt | | | | 1,982.00 |
| Account No.<br><br>Michael Clay<br>4406 S. 2750 W Roy<br>Roy, UT 84067 | | J | Personal liability for InvestForForeclosure, LLC | | | | 7,800.00 |
| Account No.<br><br>Neeraja Jasthi<br>18312 Bankston Pl<br>Tampa, FL 33647 | | J | Personal liability for InvestForForeclosure, LLC | | | | 10,000.00 |
| Account No.<br><br>Neil Steffens<br>1245 Larkin Ave.<br>Elgin, IL 60123 | | J | Personal liability for InvestForForeclosure, LLC | | | | 15,000.00 |
| Account No. 5795 624793<br><br>Nicor<br>Bk Dept<br>PO Box 549<br>Aurora, IL 60507 | | J | Services rendered | | | | 452.00 |

Sheet no. __17__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            35,234.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,
      Marie A. Bourassa    Case No. _____

_____,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Services rendered | | | | |
| Nicor Bk Dept PO Box 549 Aurora, IL 60507 | | | J | | | | | | 584.61 |
| Account No. | | | | | Notice only | | | | |
| Nicor c/o NCO Financial Systems Post Office Box 15740 Wilmington, DE 19850 | | | J | | | | | | 0.00 |
| Account No. | | | | | Services rendered | | | | |
| Nicor Bk Dept PO Box 549 Aurora, IL 60507 | | | J | | | | | | 591.99 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Nora Sonata 1607 Helmo Ave. N Saint Paul, MN 55128 | | | J | | | | | | 119,000.00 |
| Account No. 213 532 751 | | | | | Credit card debt | | | | |
| Nordstrom P.O. Box 25126 Santa Ana, CA 92799 | | | J | | | | | | 1,236.00 |

Sheet no. __18__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    121,412.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,                                          Case No. _____
         Marie A. Bourassa
_____ ,
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | CPA services | | | | |
| Norman Wierer, CPA 8801 Ramble Road Wonder Lake, IL 60097 | | J | | | | | 3,125.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Pat & Margaret Sanchez 1710 Lake Avenue Woodstock, IL 60098 | | J | | | | | 2,500.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Patrick O'Sullivan 4655 Landau Place Rockford, IL 61114 | | J | | | | | 4,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Paul Herink 291 Applegate Rd. Jackson, NJ 08527 | | J | | | | | 30,500.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Paul J. Herink 291 Frank Applegate Rd. Jackson, NJ 08527 | | J | | | | | 30,476.60 |

Sheet no. __19__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        70,601.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   James D. Bourassa,
        Marie A. Bourassa                                                Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Penny Chance 14105 Kendalwood Dr. Upper Marlboro, MD 20772 | | J | | | | | 5,000.00 |
| Account No. | | | | | | | |
| Pitney Bowes 1313 N. Atlantic Suite 3000 Spokane, WA 99201-2303 | | J | | | | | 206.68 |
| Account No. | | | Notice only | | | | |
| Pitney Bowes c/o CMC Post Office Box 1396 Madison, CT 06443 | | J | | | | | 0.00 |
| Account No. 4255 | | | | | | | |
| Prosper Market Place 111 Sutter Street, 22nd Fl. San Francisco, CA 94104 | | J | | | | | 4,443.00 |
| Account No. | | | Notice only | | | | |
| Prosper Market Place c/o Collection Services 600 Beacon Way, #300 Birmingham, AL 35209 | | J | | | | | 0.00 |

Sheet no. __20__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,649.68

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,
         Marie A. Bourassa                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Rafeal Nunez 10214 Algonquin Rd. Huntley, IL 60142 | | | J | | | | | | 23,506.05 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Ravi Kumar Jammalamadaka 5 Amy Drive North Brunswick, NJ 08902 | | | J | | | | | | 100,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Rex Moar 40 Woodland Drive Alamo, CA 94507 | | | J | | | | | | 155,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Richard Burge 871 W. Highland Elgin, IL 60123 | | | J | | | | | | 25,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Richard Ortiz 1749 Gleason Ave. Bronx, NY 10472 | | | J | | | | | | 101,000.00 |

Sheet no. __21__ of __28__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)          404,506.05

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,                                    Case No. _____
       Marie A. Bourassa

_____ ,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Robert Levy<br>44126 Paseo Padre Parkway<br>Fremont, CA 94539 | | J | Personal liability for InvestForForeclosure, LLC | | | | 530,000.00 |
| Account No.<br><br>Roberta Clark<br>14909 Oakbury Terrace<br>La Mirada, CA 90638 | | J | Personal liability for InvestForForeclosure, LLC | | | | 70,000.00 |
| Account No.<br><br>Ronald Van Peursem<br>10101 Bellwood Drive<br>El Paso, TX 79924 | | J | Personal liability for InvestForForeclosure, LLC | | | | 99,000.00 |
| Account No.<br><br>Ruth Halverson<br>19 Pier Pointe<br>New Bern, NC 28562 | | J | Personal liability for InvestForForeclosure, LLC<br>  Subject to setoff. | | | | 115,000.00 |
| Account No.<br><br>Sam Wildofsky<br>2277 Shrine road<br>Springfield, OH 45502 | | J | Personal liability for InvestForForeclosure, LLC | | | | 397,000.00 |

Sheet no. __22__ of __28__ sheets attached to Schedule of       Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page) | 1,211,000.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                     Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re James D. Bourassa,
Marie A. Bourassa

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 7715 0901 6885 4830<br><br>Sam's Club<br>P.O. Box 530942<br>Atlanta, GA 30353 | | J | | Credit card debt | | | | 1,393.01 |
| Account No.<br><br>Sam's Club<br>c/o D & S Ltd.<br>13809 Research Blvd., #800<br>Austin, TX 78750 | | J | | Notice only | | | | 0.00 |
| Account No.<br><br>Sarah Lawson<br>10407 Northeast 22nd Place<br>Vancouver, WA 98686 | | J | | Personal liability for InvestForForeclosure, LLC | | | | 44,000.00 |
| Account No.<br><br>Sarah Pearse<br>4655 Landau Place<br>Davenport, IA 52802 | | J | | Personal liability for InvestForForeclosure, LLC | | | | 4,000.00 |
| Account No.<br><br>Sean and Tiffany Page<br>6347 State Road<br>Richmond, IN 47374 | | J | | Personal liability for InvestForForeclosure, LLC | | | | 223,395.38 |

Sheet no. __23__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

272,788.39

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,
       Marie A. Bourassa                                                          Case No. _____
                                                                              ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Sean Brady 5032 Poly Drive Billings, MT 59106 | | | J | | | | | | 2,500.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Sean Kim 13824 North Creek Ave., #122 Mill Creek, WA 98012 | | | J | | | | | | 12,500.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Sheri Foster 6235 Galt Road Canfield, OH 44406 | | | J | | | | | | 10,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Shirley Crider 1808 Irvin Rd. Elida, OH 45807 | | | J | | | | | | 10,000.00 |
| Account No. | | | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Sophia & Lewis Rodriguez 5107 Pebble Creek Trail Rockford, IL 61110 | | | J | | | | | | 3,600.00 |

Sheet no. __24__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          38,600.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,
    Marie A. Bourassa

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Spencer Matthews 1007 Fordham Drive Davis, CA 95616 | | J | | | | | 50,000.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Sriram Krishamachari 1350 Fox Chase Road Chicago, IL 60603 | | J | | | | | 3,500.00 |
| Account No. | | | | | | | |
| Stan's Office Technologies 1375 S. Eastwood Dr. Woodstock, IL 60098 | | J | | | | | 100.00 |
| Account No. | | | Personal liability for InvestForForeclosure, LLC | | | | |
| Stuart & Patricia Knoll 201 Arrowhead Court Winter Springs, FL 32708 | | J | | | | | 15,500.00 |
| Account No. | | | Notice only | | | | |
| Suredeposit co Hunter Warfield, Inc. 3111 W. MLK, Jr. Blvd., 2nd Fl. Tampa, FL 33607 | | J | | | | | 0.00 |

Sheet no. __25__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

69,100.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   James D. Bourassa,   Case No. _____
     Marie A. Bourassa
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> Tami and Andy Rodriguez <br> 310 Echo Drive <br> Rockton, IL 61072 | | J | Personal liability for InvestForForeclosure, LLC | | | | 10,000.00 |
| Account No. <br><br> Temiope Ogundare <br> 18704 Caminito Pasadero <br> San Diego, CA 92128 | | J | Personal liability for InvestForForeclosure, LLC | | | | 67,500.07 |
| Account No. <br><br> Thomas Snyder <br> 4655 Landau Place <br> Rockford, IL 61114 | | J | Personal liability for InvestForForeclosure, LLC | | | | 5,061.00 |
| Account No. <br><br> Tom Fitzgerald <br> 4108 N. Kenmore, Apt. 2N <br> Chicago, IL 60613 | | J | Personal liability for InvestForForeclosure, LLC | | | | 75,000.00 |
| Account No. <br><br> Tom Stilling <br> 5412 Westshore Drive <br> Mchenry, IL 60050 | | J | Personal liability for InvestForForeclosure, LLC | | | | 12,500.00 |

Sheet no. __26__ of __28__ sheets attached to Schedule of   Subtotal   170,061.07
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  James D. Bourassa,                                    Case No. _____
       Marie A. Bourassa

                                                      ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | J | | Personal liability for InvestForForeclosure, LLC | | | | |
| Town of Cortland c/o Ancel, Glink, Diamond et al 140 S. Dearborn Street, 6th Fl. Chicago, IL 60603 | | | | | | | | | 750.00 |
| Account No. | | | J | | Personal liability for InvestForForeclosure, LLC | | | | |
| Victor Jackson 3264 Timber Ridge College Park, GA 30349 | | | | | | | | | 44,300.84 |
| Account No. 0690959606 | | | J | | | | | | |
| Washington Mutual 7301 Bay Meadows Way Jacksonville, FL 32256 | | | | | | | | | 275,567.41 |
| Account No. | | | J | | Personal liability for InvestForForeclosure, LLC | | | | |
| Wayne O'Day | | | | | | | | | 37,096.77 |
| Account No. | | | J | | Personal liability for InvestForForeclosure, LLC | | | | |
| Wilhelm Hall 237 Rock Ave. Park Ridge, NJ 07656 | | | | | | | | | 146,028.58 |

Sheet no. __27__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

503,743.60

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    James D. Bourassa,    Case No. _____
         Marie A. Bourassa
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | H W | J C | | | | | | |
| Account No.<br><br>William & Carol Richoz<br>773 Bluff City Blvd.<br>Elgin, IL 60120 | | J | | | Personal liability for InvestForForeclosure, LLC | | | | 25,913.60 |
| Account No.<br><br>William Lawson<br>10407 Northeast 22nd Place<br>Vancouver, WA 98686 | | J | | | Personal liability for InvestForForeclosure, LLC | | | | 80,598.65 |
| Account No.<br><br>William Richoz<br>773 Bluff City Blvd.<br>Elgin, IL 60120 | | J | | | Personal liability for InvestForForeclosure, LLC | | | | 14,586.15 |
| Account No.<br><br> | | | | | | | | | |
| Account No.<br><br> | | | | | | | | | |

Sheet no. __28__ of __28__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    121,098.40

Total (Report on Summary of Schedules)    10,345,817.65

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    James D. Bourassa,                                              Case No. _____
         Marie A. Bourassa

_____,
                                    Debtors

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                              Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re        James D. Bourassa,                                                    Case No. _____
             Marie A. Bourassa

_____,
                                        Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

0
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                           Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    James D. Bourassa
_____Marie A. Bourassa_____    Case No. _____
                              Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son | AGE(S):<br>16 years |

| Employment:* | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Owner/operator-Website Designer | Clerk |
| Name of Employer | 1 Way Designs | 727 Investments, LLC |
| How long employed | 11 years | 2 1/2 years |
| Address of Employer | 2303 Randall Rd., #242<br>Carpentersville, IL 60110 | 171 E. Higgins Rd.<br>Gilberts, IL 60136 |

*See Attachment for Additional Employment Information

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 0.00 | $ | 1,036.15 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 0.00 | $ | 1,036.15 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 109.85 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 109.85 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 0.00 | $ | 926.30 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 600.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
|  | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 600.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 600.00 | $ | 926.30 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 1,526.30 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

**B6I (Official Form 6I) (12/07)**

In re    James D. Bourassa
         Marie A. Bourassa                                              Case No. _____
                              Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)
### Attachment for Additional Employment Information

| Spouse | | |
|---|---|---|
| Occupation | Sales | |
| Name of Employer | Subway | |
| How long employed | | |
| Address of Employer | | |

B6J (Official Form 6J) (12/07)

In re  James D. Bourassa
    Marie A. Bourassa                         Case No. _____
                      Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

    Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,661.00 |
|   a. Are real estate taxes included?     Yes __X__    No ___ | | |
|   b. Is property insurance included?     Yes ___    No __X__ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 147.00 |
|         b. Water and sewer | $ | 80.00 |
|         c. Telephone | $ | 215.00 |
|         d. Other  Disposal | $ | 30.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 10.00 |
| 7. Medical and dental expenses | $ | 10.00 |
| 8. Transportation (not including car payments) | $ | 245.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 214.00 |
| 10. Charitable contributions | $ | 25.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|         a. Homeowner's or renter's | $ | 23.00 |
|         b. Life | $ | 0.00 |
|         c. Health | $ | 0.00 |
|         d. Auto | $ | 143.00 |
|         e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|     (Specify)   Installment for roth taxes | $ | 311.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|         a. Auto | $ | 0.00 |
|         b. Other  Second mortgage | $ | 278.00 |
|         c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
|     Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 5,142.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 1,526.30 |
| b.   Average monthly expenses from Line 18 above | $ | 5,142.00 |
| c.   Monthly net income (a. minus b.) | $ | -3,615.70 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re    James D. Bourassa
         Marie A. Bourassa                                                          Case No.
                                                Debtor(s)                 Chapter        7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

      I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
____45____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   March 31, 2009                         Signature    /s/ James D. Bourassa
                                                            James D. Bourassa
                                                            Debtor

Date   March 31, 2009                         Signature    /s/ Marie A. Bourassa
                                                            Marie A. Bourassa
                                                            Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re    James D. Bourassa
      Marie A. Bourassa                                       Case No.

                                                        Debtor(s)          Chapter     7

# STATEMENT OF FINANCIAL AFFAIRS

     This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

     Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

     *"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

     *"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

———————————————————————

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $4,897.77 | 2009-Employment/business |
| $51,399.00 | 2008-Employment |
| $13,619.00 | 2007-Employment |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                     SOURCE

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| American Express v Bourassa; Case No.: 08LK431 | | Kane County, IL | Pending |
| Jeffrey Schieve v. Bourassa, et al; Case No.: 07L33 | Breach of contract | DeKalb County, IL | Pending |
| Town of Cortland v IFCF, et al; Case No.: 08CH392 | Ordinance violation | DeKalb County, IL | Pending |
| Schaufenbuel vs. Bourassa, et al; Case No.: 08AR128 | Breach of contract | McHenry County, IL | Pending |
| Schaufenbeul v. Bourassa, et al; Case No.: 09CV1221 | Class action complaint | US District Court | Pending |

None
■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

4

**9.  Payments related to debt counseling or bankruptcy**

None
■   List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS<br>OF PAYEE | DATE OF PAYMENT,<br>NAME OF PAYOR IF OTHER<br>THAN DEBTOR | AMOUNT OF MONEY<br>OR DESCRIPTION AND VALUE<br>OF PROPERTY |
|---|---|---|

**10.  Other transfers**

None
☐   a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE,<br>RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED<br>AND VALUE RECEIVED |
|---|---|---|
| Sears Dr. Land Trust<br>c/o Steven Connelly, Trustee<br>4305 State Bridge Rd., 103-40<br>Alpharetta, GA 30022<br>    None | 12/30/08 | Property commonly known as 254 Gregory M. Sears<br>Dr., Gilberts, IL |

None
■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER<br>DEVICE | DATE(S) OF<br>TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND<br>VALUE OF PROPERTY OR DEBTOR'S INTEREST<br>IN PROPERTY |
|---|---|---|

**11.  Closed financial accounts**

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR<br>DIGITS OF ACCOUNT NUMBER,<br>AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE<br>OR CLOSING |
|---|---|---|

**12.  Safe deposit boxes**

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK<br>OR OTHER DEPOSITORY | NAMES AND ADDRESSES<br>OF THOSE WITH ACCESS<br>TO BOX OR DEPOSITORY | DESCRIPTION<br>OF CONTENTS | DATE OF TRANSFER OR<br>SURRENDER, IF ANY |
|---|---|---|---|

**13.  Setoffs**

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

5

**14. Property held for another person**

None
■      List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
■      If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■      If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■      a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■      c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
| Investforclosures FInancial, LLC | | | Real estate | 1/1/200-4/3/2009 |
| Investforeclosures Ventures, LLC | | | Real estate | 12/30/04-4/03/09 |
| ROI Mexico (Mexican LLC) | | | Real estate | 4/18/2005-4/3/09 |
| ROI Developers, LLC | | | Real estate | 5/10/06-4/3/09 |
| 1-Way Designs | | | Website design | 1995-present |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                           ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                           DATES SERVICES RENDERED

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                          DATES SERVICES RENDERED

7

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                          ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                              DATE ISSUED

**20. Inventories**

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY | RECORDS |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS               NATURE OF INTEREST               PERCENTAGE OF INTEREST

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |

**22 . Former partners, officers, directors and shareholders**

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                          ADDRESS                          DATE OF WITHDRAWAL

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS               TITLE                          DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS |  | AMOUNT OF MONEY |
| OF RECIPIENT, | DATE AND PURPOSE | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR | OF WITHDRAWAL | VALUE OF PROPERTY |

Software Copyright (c) 1996-2009 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

8

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  March 31, 2009                        Signature   /s/ James D. Bourassa
                                                        James D. Bourassa
                                                        Debtor


Date  March 31, 2009                        Signature   /s/ Marie A. Bourassa
                                                        Marie A. Bourassa
                                                        Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re  James D. Bourassa
Marie A. Bourassa

|  | Case No. |
|---|---|
| Debtor(s) | Chapter  7 |

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Fifth Third Bank | **Describe Property Securing Debt:**<br>2004 Toyota 4-Runner; subject to lien of Fifth Third Bank |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt               ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>Ocwen Federal Bank | **Describe Property Securing Debt:**<br>254 Gregory M. Sears Dr., Gilberts, IL |

Property will be (check one):
- ☐ Surrendered               ■ Retained

If retaining the property, I intend to (check at least one):
- ☐ Redeem the property
- ■ Reaffirm the debt
- ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
- ■ Claimed as Exempt               ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                           Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>Toyota Financial Services | **Describe Property Securing Debt:**<br>2002 Toyota Solara; subject to lien of Toyota Financial |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>Washington Mutual | **Describe Property Securing Debt:**<br>254 Gregory M. Sears Dr., Gilberts, IL |

Property will be (check one):
☐ Surrendered          ■ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
■ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
■ Claimed as Exempt                    ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  March 31, 2009                    Signature  /s/ James D. Bourassa
                                                    James D. Bourassa
                                                    Debtor

Date  March 31, 2009                    Signature  /s/ Marie A. Bourassa
                                                    Marie A. Bourassa
                                                    Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re    James D. Bourassa
         Marie A. Bourassa                                      Case No. _____

                                           Debtor(s)       Chapter      7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.     Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,600.00 |
| Prior to the filing of this statement I have received | $ | 600.00 |
| Balance Due | $ | 1,000.00 |

2.     $ _299.00_ of the filing fee has been paid.

3.     The source of the compensation paid to me was:

        ■ Debtor       ☐ Other (specify):

4.     The source of compensation to be paid to me is:

        ■ Debtor       ☐ Other (specify):

5.     ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

        ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.     In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

        a.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
        b.  [Other provisions as needed]
            Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.     By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    _March 31, 2009_                       /s/ Richard Jones
                                                    Richard Jones
                                                    Jones & Hart
                                                    138 Cass St., Box 1693
                                                    Woodstock, IL 60098
                                                    (815) 334-8220  Fax: (815) 334-8229
                                                    richardtjones@ameritech.net

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments

B 201 (12/08)                                                                                                        Page 2

over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

### Certificate of Attorney

I hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

Richard Jones                                          X  /s/ Richard Jones                    March 31, 2009
Printed Name of Attorney                              Signature of Attorney                  Date
Address:
138 Cass St., Box 1693
Woodstock, IL 60098
(815) 334-8220
richardtjones@ameritech.net

### Certificate of Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

James D. Bourassa
Marie A. Bourassa                                      X  /s/ James D. Bourassa                March 31, 2009
Printed Name(s) of Debtor(s)                          Signature of Debtor                    Date

Case No. (if known) _____                X  /s/ Marie A. Bourassa               March 31, 2009
                                                      Signature of Joint Debtor (if any)     Date

# United States Bankruptcy Court
## Northern District of Illinois, Western Division

In re    James D. Bourassa
      Marie A. Bourassa                            Case No. _____

                           Debtor(s)      Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 143

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 31, 2009 _____      /s/ James D. Bourassa _____
                                        James D. Bourassa
                                        Signature of Debtor

Date:    March 31, 2009 _____      /s/ Marie A. Bourassa _____
                                         Marie A. Bourassa
                                         Signature of Debtor

Alvara Teraz
3317 Sunday Street
Haltom City, TX 76117

Alno Martin
5530 Lundon Court
Youngstown, OH 44515

Carol Fennrick
114 Wendel, Place
Dekalb, IL 60115

Alvin Akagi
51311 N. View
Plymouth, MI 48170

AT&T
Attn:  Bankruptcy Dept.
Post Office Box 57907
Murray, UT 84157

Carolyn Richoz
773 Bluff City Blvd.
Elgin, IL 60120

Alvin Murashige
41 West 10th Street
Lovell, WY 82431

Bakal   Dermatology
c/o Certified Services
1733 Washingto Street, #201
Waukegan, IL 60085

Chris  and Patricia Hand
1823 Fort Washington Ave.
Ambler, PA 19002

American Express
Post Office Box 981537
El Paso, TX 79998

Bauer Planning & Engineering Serv.
220 Commerce, #200
Irvine, CA 92602

Christine & Michael Blume
120 E. Bonefish Circle
Jupiter, FL 33477

American Express
c/o Blitt & Gaines
661 Glen Ave.
Wheeling, IL 60090

BP Card Services
Post Office Box 15298
Wilmington, DE 19850-5298

Clyde & Peggy Moar
104 Goldspur Way
Brentwood, CA 94513

American Mass Media
207 E. Ohio Street, #218
Chicago, IL 60611

Brad & Robert Schaufenbuel
5009 Cornell Rd.
Downers Grove, IL 60515

ComEd
555 Waters Edge
Lombard, IL 60148

Anastazia Michajewicz
2823 Ninth Ave.
Rockford, IL 61109

Brad Bebout
1215 Polaris Parkway, #197
Columbus, OH 43240

ComEd
c/o NCO Financial
Post Office Box 15740
Wilmington, DE 19850

Andrew and Nancy Weed
3600 Marks Road
Yakima, WA 98903

Bradley Schaufenbeul
5009 Cornell AVenue
Downers Grove, IL 60515-4314

Curtis & Stacy O'Dell
506 Wills Point Ct.
Allen, TX 75013

Andrew Kaufman
864 Sunrise Drive
South Elgin, IL 60177

Calvin Reihl
636 Nebraska Ave.
Niles, OH 44446

Dan & Josie Becker
809 Tangigoot Drive
Aztec, NM 87410

Angiras Arya
3800 Woodhaven Road
Philadelphia, PA 19154

Carl Salas
10706 S. Ridge Circle
Derby, KS 67037

Daniel O'Sullivan
4655 Landau Place
Rockford, IL 61114

David Hale
4012 Washington Street
Rockford, IL 61104

Frank Cupp
4580 Smith Stewart Rd.
Vienna, OH 44473

IL Dept. of Employment Security
c/o GC SErvices
6330 Gulfton
Houston, TX 77081

Earl and Maryann Gurnack
6009 Cypress Point
Sanford, NC 27332

Gary Hartwig
19 Ringwood Lane
Hewitt, NJ 07421

IL Dept. of Revenue
Bankruptcy Section
Post Office Box 64338
Chicago, IL 60664-0338

Earl Giesewide
195 Wall Street
Cortland, OH 44410

Gerald Bollier
11457 Regency Lane
Carmel, IN 46033

Internal Revenue Service
230 S. Dearborn Street
STOP 5013 CHI
Chicago, IL 60604

Eilene & Eugene Ehardt
710 Clover Lane Drive
Sycamore, IL 60178

Glenmuir Luxury Rental
c/o Hunterwarfield, INc.
3111 W. MLK, Jr. Blvd., 2nd Fl,.
Tampa, FL 33607

James & Lori Pastorino
14608 Redford Drive
Sterling Heights, MI 48312

Emillio & Jo Marsillo
4419 Fitzgerald
Youngstown, OH 44515

Globalcom
c/o Euler Hermes, UMA
600 S. 7th Street,
Louisville, KY 40201

Jeffrey A. Schieve
c/o Charles E. Cronauer & Assoc.
1101 DeKalb Ave., #2
Sycamore, IL 60178

Fifth Third Bank
38 Fountain Square
Mail Drop 1C0M65
Cincinnati, OH 45263

Graciela Lopez Mota Ramirez
512 W. McClug Ct., #3902
Chicago, IL 60611

Joe & Louise Rodriguez
1429 N. Springfield
Rockford, IL 61101

Fifth Third Bank
c/o Client Services
3451 Harry Truman Blvd.
Saint Charles, MO 63301

Helen & Richard Clark
1990 Killnamey Drive, SE
Bellevue, WA 98004

John Reed, Jr. IV
3600 Marks Road
Yakima, WA 98903

Fifth Third Bank
c/o Island National Group
6851 Jericho Turnpike, #180
Syosset, NY 11791

Henry & Satoko Robb
490 31st Ave.
San Francisco, CA 94122

John Reed, Sr. III
19311 Northeast 190th Street
Woodinville, WA 98072

First National Bank of Omaha
Post Office Box 922968
Omaha, NE 68197

Hunter Warfield, Inc.
3111 West MLK Jr Bvd
2nd Floor
Tampa, FL 33607

John Scott
136 TerracePlace
Dekalb, IL 60115

Fong & Xinyu Zhu
2937 Polo Club Rd.
Nashville, TN

IL Dept. of Employment Security
Benefit Payment Control Div.
Post Office box 6996
Chicago, IL 60680

Jonathan Patton
4021C Camellia Drive
Valdosta, GA 31605

Jorge and Graciela Mota Ramirez
512 W. McClurg Ct.,, #3902
Chicago, IL 60611

c/o Lora  Chanthadouangsy, et al
606 Dundee Ave
Elgin, IL 60120

Mary Snyder
4655 Landau Place
Rockford, IL 61114

Joseph Fraga
34056 McMillian Way
Fremont, CA 94555

Lenore Testa
1714 Holand-Wilson Rd.
Mc Cutchenville, OH 44844

Matthew Knowlton
6A Clover Ct.
Raymond, MA 01952

Joseph Pearse
629 Vine Street
Davenport, IA 52802

Leobardo Terrazas
883 Dover Street
Pingree Grove, IL 60140

Melvin Utterbach
607 Catalina Ct.
The Villages, FL

Joshua Ortego
7470 SE 12th Circle
Ocala, FL 34480

Liam Angelini
452 Southwest 158 Trail, #204
Pembroke Pines, FL 33027

Menards Retail Services
P.O. Box 17602
Baltimore, MD 21297-1602

Josphn Calvalozzi
1602 SW Cefalu Circle
Port Saint Lucie, FL 34953

Lora & Marjoire Noffsinger
43903 Brandy Wine Street
Canton, MI 48187

Menards Retail Services
c/o Capital Mgmt Serv.
726 Exchange Str., #700
Buffalo, NY 14210

Judd & Darcy Martin
9507 Waterford Oaks Blvd.
Winter Haven, FL 33884

Macy's
111 Boulder Industrial Drive
Bridgeton, MO 63044

Merrick Bank
P.O. Box 9201
Old Bethpage, NY 11804

Kailash Gupta
9218 Sandy Lake Circle
Gaithersburg, MD 20879

Maria Teresa Ramirez
7278 Beach Ave.
Mcallen, TX 78501

Michael Clay
4406 S. 2750 W Roy
Roy, UT 84067

Kathleen & Bruce Tajak
566 Wilshire Avenue
Chicago, IL 60637

Maria Valetin
32W121 Bode Rd.
Elgin, IL 60123

Neeraja Jasthi
18312 Bankston Pl
Tampa, FL 33647

Kathy Markus
75A Chatham Drive
Monroe Township, NJ 08831

Mark Lincoln
19156 Shadowood Circle
Monument, CO 80132

Neil Steffens
1245 Larkin Ave.
Elgin, IL 60123

Keith & Bonnie Reines
1118 S. Dilton Ave.
River Ridge, LA 70123

Mary Czaja
22122 Little Lagoon Court
Lutz, FL 33549

Nicor
Bk Dept
PO Box 549
Aurora, IL 60507

Nicor
c/o NCO Financial Systems
Post Office Box 15740
Wilmington, DE 19850

Pitney Bowes
1313 N. Atlantic
Suite 3000
Spokane, WA 99201-2303

Roberta Clark
14909 Oakbury Terrace
La Mirada, CA 90638

Nora Sonata
1607 Helmo Ave. N
Saint Paul, MN 55128

Pitney Bowes
c/o CMC
Post Office Box 1396
Madison, CT 06443

Ronald Van Peursem
10101 Bellwood Drive
El Paso, TX 79924

Nordstrom
P.O. Box 25126
Santa Ana, CA 92799

Prosper Market Place
111 Sutter Street, 22nd Fl.
San Francisco, CA 94104

Ruth Halverson
19 Pier Pointe
New Bern, NC 28562

Norman Wierer, CPA
8801 Ramble Road
Wonder Lake, IL 60097

Prosper Market Place
c/o Collection Services
600 Beacon Way, #300
Birmingham, AL 35209

Sam Wildofsky
2277 Shrine road
Springfield, OH 45502

Ocwen Federal Bank
Ctl FL Res. Pk., BK Dept.
12650 Ingenuity Drive
Orlando, FL 32826

Rafeal Nunez
10214 Algonquin Rd.
Huntley, IL 60142

Sam's Club
P.O. Box 530942
Atlanta, GA 30353

Pat & Margaret Sanchez
1710 Lake Avenue
Woodstock, IL 60098

Ravi Kumar Jammalamadaka
5 Amy Drive
North Brunswick, NJ 08902

Sam's Club
c/o D & S Ltd.
13809 Research Blvd., #800
Austin, TX 78750

Patrick O'Sullivan
4655 Landau Place
Rockford, IL 61114

Rex Moar
40 Woodland Drive
Alamo, CA 94507

Sarah Lawson
10407 Northeast 22nd Place
Vancouver, WA 98686

Paul Herink
291 Applegate Rd.
Jackson, NJ 08527

Richard Burge
871 W. Highland
Elgin, IL 60123

Sarah Pearse
4655 Landau Place
Davenport, IA 52802

Paul J. Herink
291 Frank Applegate Rd.
Jackson, NJ 08527

Richard Ortiz
1749 Gleason Ave.
Bronx, NY 10472

Sean and Tiffany Page
6347 State Road
Richmond, IN 47374

Penny Chance
14105 Kendalwood Dr.
Upper Marlboro, MD 20772

Robert Levy
44126 Paseo Padre Parkway
Fremont, CA 94539

Sean Brady
5032 Poly Drive
Billings, MT 59106

Sean Kim
13824 North Creek Ave., #122
Mill Creek, WA 98012

Temitope Ogundare
18794 Caminito Pasadero
San Diego, CA 92128

William & Carol Richoz
773 Bluff City Blvd.
Elgin, IL 60120

Sheri Foster
6235 Galt Road
Canfield, OH 44406

Thomas Snyder
4655 Landau Place
Rockford, IL 61114

William Lawson
10407 Northeast 22nd Place
Vancouver, WA 98686

Shirley Crider
1808 Irvin Rd.
Elida, OH 45807

Tom Fitzgerald
4108 N. Kenmore, Apt. 2N
Chicago, IL 60613

William Richoz
773 Bluff City Blvd.
Elgin, IL 60120

Sophia & Lewis Rodriguez
5107 Pebble Creek Trail
Rockford, IL 61110

Tom Stilling
5412 Westshore Drive
Mchenry, IL 60050

Spencer Matthews
1007 Fordham Drive
Davis, CA 95616

Town of Cortland
c/o Ancel, Glink, Diamond et al
140 S. Dearborn Street, 6th Fl.
Chicago, IL 60603

Sriram Krishamachari
1350 Fox Chase Road
Chicago, IL 60603

Toyota Financial Services
5005 N. River Blvd.
Cedar Rapids, IA 52411-6634

Stan's Office Technologies
1375 S. Eastwood Dr.
Woodstock, IL 60098

Victor Jackson
3264 Timber Ridge
College Park, GA 30349

Stuart & Patricia Knoll
201 Arrowhead Court
Winter Springs, FL 32708

Washington Mutual
7301 Bay Meadows Way
Jacksonville, FL 32256

Suredeposit
co Hunter Warfield, Inc.
3111 W. MLK, Jr. Blvd., 2nd Fl.
Tampa, FL 33607

Wayne O'Day

Tami and Andy Rodriguez
310 Echo Drive
Rockton, IL 61072

Wilhelm Hall
237 Rock Ave.
Park Ridge, NJ 07656